# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| United States of America<br>v.<br>**JACK D. DAGGETT**<br>(DOB 09/19/1988)<br><br>*Defendant(s)* | )<br>)<br>) Case No. 18-mj-2018 DPR<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 17, 2018, to March 29, 2018,__ in the county of __Jasper__ in the
__Western__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code Section 2252(a)(2) and (b)(1) | Beginning on an unknown date, but as early as February 17, 2018, and continuing through March 29, 2018, in Jasper County, and elsewhere, in the Western District of Missouri, the defendant, JACK D. DAGGETT, knowingly received and distributed any visual depiction that had been mailed and shipped and transported in interstate commerce, and which contains materials which had been so mailed and shipped and transported by any means, including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct, all in violation of title 18, United States Code, Sections 2252(a)(2) and (b)(1). |

This criminal complaint is based on these facts:

See Affidavit of Special Agent HSI/ICE SA James D. Holdman Jr.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

James D. Holdman Jr., SA HSI/ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/3/18

_____
*Judge's signature*

City and state: Springfield, Missouri    David P. Rush, U.S. Magistrate Judge
*Printed name and title*