IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>JACK D. DAGGETT,<br><br>                      Defendant. | Case No. 18-05017-01-CR-SW-MDH |

RESTITUTION JUDGMENT

1. The defendant is sentenced to pay restitution in the following amounts:

    a. $1,500.00 to the victim in the "Sponge Bob" series; and

    b. $5,000.00 to the victims in the "8Kids" series.

2. The victims' identification and total loss are listed in Attachment A to this Restitution Judgment.

3. The Court has determined that the defendant does not have the ability to pay interest; therefore, interest is waived.

4. Pursuant to 18 U.S.C. § 3612(g), the defendant may be subject to delinquent and default penalties.

5. Restitution is due and payable immediately and notwithstanding any other provision of this order, the Government may enforce restitution at any time.

6. If incarcerated, the defendant shall participate in the Bureau of Prisons' Inmate Financial Responsibility Program at a rate of at least $25.00 per quarter, or if assigned as a UNICOR grade 1 through 4 employee, at least 50% of the prisoner's monthly pay.

1

7. Each month the defendant shall pay to the Clerk at least $ 50.00 or 10 percent of gross monthly income, whichever is greater, commencing 30 days from release from incarceration.

8. All payments shall be made to the Clerk of the Court, United States District Court, 400 E. 9th Street, Room 1150, Kansas City, MO 64106.

9. The defendant shall notify, within 30 days, the Clerk of the Court and the United States Attorney's Office, Financial Litigation Unit, 400 E. 9th Street, Room 5510, Kansas City, MO 64106 of: (a) any change of name, residence, or mailing address; and (b) any material change in economic circumstances that affects the ability to pay restitution.

       _s/Douglas Harpool_____
       Honorable Douglas Harpool
       United States District Judge
       Western District of Missouri

Dated: September 4, 2018

2

Case 3:18-cr-05017-MDH   Document 33   Filed 09/04/18   Page 2 of 2