*United States of America v. Jack D. Daggett,* Case No. 18-05017-01-CR-SW-MDH

## ATTACHMENT A TO RESTITUTION JUDGMENT (UNDER SEAL)

| Victim | Total Due to Victim |
|---|---|
| Marsh Law Firm PLLC in trust for Andy of the "Sponge Bob" series<br>Utah Crime Victims Legal Clinic<br>3335 South 900 East Suite 200<br>Salt Lake City, Utah 84106<br>801-746-1204 | $1,500.00 |
| Tonya Hankins in trust for John Doe I of the "8kids" series<br>215 Tacoma Avenue South<br>Tacoma, WA 98402<br>253-383-2000 Telephone<br>253-383-0154 Facsimile | $1,000.00 |
| Tonya Hankins in trust for John Doe II of the "8kids" series<br>215 Tacoma Avenue South<br>Tacoma, WA 98402<br>253-383-2000 Telephone<br>253-383-0154 Facsimile | $1,000.00 |
| Tonya Hankins in trust for John Doe III of the "8kids" series<br>215 Tacoma Avenue South<br>Tacoma, WA 98402<br>253-383-2000 Telephone<br>253-383-0154 Facsimile | $1,000.00 |
| Tonya Hankins in trust for John Doe IV of the "8kids" series<br>215 Tacoma Avenue South<br>Tacoma, WA 98402<br>253-383-2000 Telephone<br>253-383-0154 Facsimile | $1,000.00 |
| Tonya Hankins in trust for John Doe V of the "8kids" series<br>215 Tacoma Avenue South<br>Tacoma, WA 98402<br>253-383-2000 Telephone<br>253-383-0154 Facsimile | $1,000.00 |
| Total | $6,500.00 |